JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JOHN KAMAS, an individual,<br><br>            Plaintiff,<br><br>        v.<br><br>THE BOEING COMPANY, a<br>corporation, and DOES 1 through<br>100, inclusive,<br><br>            Defendant. | CASE NO.  SACV07-1271 CJC (PJWx)<br><br>**ORDER DISMISSING CASE WITH<br>PREJUDICE** |

1            Pursuant to Stipulation between the parties and FOR

2    GOOD CAUSE SHOWN it is hereby ORDERED that all claims for relief

3    in the above-captioned action brought by plaintiff John Kamas

4    against defendant The Boeing Company be, and hereby are,

5    dismissed in their entirety with prejudice pursuant to FRCP Rule

6    41(a)(1), each side to bear their own fees and costs herein.

7

8            SO ORDERED.

9

10   Dated: November 6, 2008    _____

11                             Hon. Cormac J. Carney
                               United States District Court Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                             Kamas v. Boeing SACV07-1271 CJC (PJWx)